IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00018-ZLW

RICHARD J. HAAS,

    Plaintiff,

v.

THE STATE OF COLORADO,
THE COLORADO DEPARTMENT OF CORRECTIONS,
THE OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
THE SUPREME COURT OF THE STATE OF COLORADO,
HONORABLE WILLIAM LUCERO, In his Capacity as Presiding Disciplinary Judge for the
    Supreme Court of the State of Colorado,
FRED HAINES, Individually and in his Capacity as an Attorney in the Office of the Attorney
    General of the State of Colorado,
CATHERINE "KIT" SULLIVAN, Individually and in her Capacity as an Attorney in the Office of
    the Attorney General of the State of Colorado, and
JOHN DOES, I-X, AND JANE DOES I-X, Individually and in Their Capacities as Officials of the
    State of Colorado who Engaged in Specific Acts Intended to Violate Plaintiff's Civil
    Rights,

    Defendants.

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Weinshienk, Judge

Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this Court in this action. The ourt has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

2

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado, this   27th   day of   January  , 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court